UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JASON EVERETT MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:24-cv-255-ACA-GMB |
| ) | |
| MARK MARTIN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On November 15, 2024, the court entered a report recommending the dismissal of Plaintiff Jason Everett Moore's claims for failure to state a claim upon which relief can be granted. Doc. 4. It is ORDERED that the report and recommendation (Doc. 4) is WITHDRAWN. A new report and recommendation will be entered.

DONE and ORDERED on January 13, 2025.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE