UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **JASON EVERETT MOORE,** | ] |
| **Plaintiff,** | ] |
| v. | ] Case No. 5:24-cv-255-ACA-GMB |
| **MARK MARTIN, et al.,** | ] |
| **Defendants.** | ] |

## **MEMORANDUM OPINION**

In January 2025, the magistrate judge entered a report recommending that the court dismiss this action without prejudice under 28 U.S.C. § 1915A(b) for Plaintiff Jason Everett Moore's failure to state a claim upon which relief may be granted. (Doc. 6). Although the magistrate judge advised Mr. Moore of his right to file written objections within fourteen days (*id.* at 11), the court has not received any objections.

Having carefully considered *de novo* all the materials in the court file, including the magistrate judge's report and recommendation, the court **ADOPTS** the report and **ACCEPTS** his recommendation. Accordingly, the court **WILL DISMISS** this action **WITHOUT PREJUDICE** for Mr. Moore's failure to state a claim upon which relief may be granted. *See* 28 U.S.C. 1915A(b).

The court will enter a separate final order consistent with this opinion.

2

**DONE** and **ORDERED** this February 6, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE